UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTINEZ, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>FCA US LLC,<br><br>                    Defendant. | No. 1:23-cv-00227-JLT-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 10) |

    On September 1, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 10.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 1, 2023**            /s/ *Sheila K. Oberto*            
                                                          UNITED STATES MAGISTRATE JUDGE